**No. 11-5865. Calvin James, Petitioner v. United States.**

565 U.S. 937, 132 S. Ct. 389, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6593.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-5919. Lazzerick Alexander, Petitioner v. United States.**

565 U.S. 937, 132 S. Ct. 389, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6377.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-6036. Dwaune J. Gravely, Petitioner v. United States.**

565 U.S. 937, 132 S. Ct. 390, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6552.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-6094. Christopher J. Hunter, Petitioner v. United States.**

565 U.S. 937, 132 S. Ct. 390, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6411.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 646 F.3d 372.

**No. 11-6099. Francis Asante, Petitioner v. United States.**

565 U.S. 937, 132 S. Ct. 390, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6586.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 407 Fed. Appx. 484.

**No. 10-7304. In re James H. Roane, Jr., Petitioner.**

565 U.S. 812, 132 S. Ct. 390, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6350.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 10-10930. In re Roy Williams, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6353.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 10-11163. In re Dwayne Anthony Johnson, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 245, 2011 U.S. LEXIS 6445.

October 3, 2011. Petition for writ of habeas corpus denied.